Defendants name List continued:

5. The human resources administration (HRA)- 109 E 16th st new york,ny 10003- social service agency

6. The administration for Children services (ACS)- 150 william st new york 10038 - child protective services agency

7. One Brooklyn Health system- 1545 Atlantic ave brooklyn,ny 11213 - owns and operate Brookdale Hospital

8. Brookdale Hospital Medical center - 1 brookdale plaza, brooklyn, ny 11212 private hospital

9. Roc Nation 540 w 26th st new york,ny 10001 - criminal organization

10. Shawn corey Carter aka "jayz" 540 w 26th st new york,ny 10001 - head of the criminal ring

11. Lower east side family union(LESFU) 227 E 3rd st, new york, ny 10009 -family prevention services

12. Women in Need inc (WIN) sheltern - 25 junius st brooklyn,ny 11212 -family shelter

13. Dwayne Messam - 25 junius st brooklyn, ny 11212 -shelter director at 25 junius st WIN location also listed as assistant vice president of transitional housing

14. Christine c. Quinn CEO of women in need (WIN) shelter - one state street plaza, 18th floor, new york, ny 10004

15.  Midway Living - 130 E 39th St New York, NY 10016 -family shelter

16.  Priscilla moore- 130 E39th St New york, Ny10016 - caseworker

17. Deborah perkins- 25 junius st brooklyn, ny 11212- caseworker

18. Trudy ann Blackburn- 150 William street new york,ny 10038 ACS/CPS caseworker

19. Mariama Diallo 130 E 39th St new york,ny 10016 - shelter counselor

20. Dominique Davila- 100 pearl st 19th floor, new york,ny 10004- immigration counselor nylag

21.  New york legal assistance group (NYLAG)-  100 pearl st 19th floor, new york,ny 10004- immigration legal assistance
22. Nicholas scoppetta children's center- 492 1st ave, new york,ny 10016 - acs children's center

STATEMENT OF CLAIM (continued)

Starting from may 2024 until December 2024 I was using my platform page called unbroken healing to share tik tok videos and most of them would be about shawn corey carter aka jayz. Once I started sharing them is when these acts started to occur to me. Once I started sharing videos about the artist jay z the abuses in the WIN shelter intensified and my children were wrongfully removed from my care. On 06/27/2024 I started crying in my room because I found out I did not get approved for an apartment I applied for in Florida to attempt to leave their abuses at WIN shelter. Dwayne Messam instructed his staff to call police officers and ems for me simply crying which is not against the law in the state of new york i was then again for the sixth time pinned down handcuffed placed in ems in front of my babies davoriian auguste 11/08/2009,jerome brown jr 10/11/2014, Aiden auguste 01/23/2018 and taken to one brooklyn health brookdale hospital located at 1 brookdale plaza,brooklyn this was my 6th time. It was a repeated pattern I had to repeatedly endure for keeping a roof over my kids heads. I was treated differently and subjected to their abuses and no one heard my voice so they were allowed to continue their abuses to me. It truly traumatized me. Each time I was handcuffed and they made my children see their mom in handcuffs all to dehumanize me all while in their shelters. They really preyed on me and this hurts and deeply deeply traumatized me and my kids. The hospital always released me after 1 hr because I was never a danger to myself or anyone. Multiple times the hospital released me stating they do not know why they keep bringing me here. On this day me and my children spent over 5 hours waiting in their hallways. I was cleared twice to go home. We were told by two different doctors that we were cleared to go and not a threat to anyone or myself or my kids. The nurse and doctor told us they were grabbing our release papers then someone came and told me I had to go upstairs without any explanation or reasoning after we waited hours peacefully and was cleared. I deeply believe that this was done to orchestrate the removal of my children. Because i told them we are new here and i didnt have anyone to watch my kids they would not tell me why i also recorded this and have videos as my proof. The hospital staff told me i would go upstairs and could not leave they called acs because i did not have anyone to watch my kids is what i was told however we strongly believe this was used to initiate acs to wrongfully remove my children as retaliation for posting unfavorable tik tok videos about the rapper and some of the clients Roc nation represents. They are able to weaponize government agencies to harm vulnerable residents in NYC who do not have access to resources as they do. They also harm anyone who speaks out against them. By weaponizing ACS against mothers. Acs is allowed to harass nyc families without any consequences. Another form of misusing government agencies is abusing HRA. limiting people's access to crucial government benefits. I applied for food stamps to feed my kids on 05/2024 my benefits were repeatedly denied wrongfully without real explanation. I would be told I did not do interviews when in fact I did. HRA is another agency in nyc in charge of giving vulnerable new yorkers access to food benefits and cash. This criminal organization is also in control of this agency determining who gets these benefits when and how much. This should not stand. As a mother I had nothing to give my kids. They did that on purpose, keeping me and my children in poverty in New York with no access to basic food to eat for months, and no access to cash to buy our basic needs. They ganged up on me and bullied me, a single mom battling mental health. They

did everything humanly possible to make life hard for me and my children. I am filing my lawsuit in good faith hoping no other new yorker has to face what I had to endure all alone. Celebrities should not be allowed to control and misuse the government's agencies to harm others. Especially using regular folks with little to no resources. At fair hearings they found the agency HRA was in the wrong. So for months they denied us access to food for absolutely no reason, all intentionally done to harm me, a single mother with no access to food to feed my kids and no access to cash. It was done in the biggest city in the USA while the mayor was in charge. Also please let it be noted one of the mayor child works for Roc nation i do not believe this is a coincidence but in fact plays a part in the abuses i faced while only being in new york since april i have faced these abuses with my children all by ourselves with no one standing up for us in their shelter systems. My lawyer gave me a copy of acs report and in them Dwayne Messam lied on me to cause legal harm to me acs in term use these lies as facts and even thought i applied for case reviews and show them my videos they still harass us make our life in new york unlivable since coming to new york they have made our lives unlivable and repeatedly weaponized government agencies to keep us from leaving new york. We are asking the courts to allow us our constitutional rights and for our family to be able to leave the state of New York after months of these abuses repeatedly happening to us. We do not want to continue living here. We will never forgive these people and hope they aren't allowed to hurt others. In New York what I have endured shows me no one stands up for the vulnerable here and that only those with money and wealth matter where they are allowed to control and manipulate government agencies and procedures to their liking and that should not be allowed. There is a clear abuse of power by the mayor eric adams and acs and Roc nation who harms anyone who stands up to them or speaks of them not in a likeable notion. I was discriminated against by staff from department of homeless services they also failed to protect me against further abuses they had a duty of care to me and not their employees as a client of shelter system i should not have to endure so much abuses to keep a roof over my children's head i had constitutional rights that were violated and overlooked i had caseworker bluntly yelled in my face were i felt helpless and could not stand up for myself these same caseworkers are in charge of when our family leave their shelters they intentionally prolong me and my children moving out intentionally. I had caseworker Priscilla moore repeatedly come into my room randomly to trigger me. She would go through my dresser through my clothes and my childrens clothes through our fridge and our deeply personal things all to trigger me and put me down. She also told us during the summer to go somewhere to get food to feed my kids as we did not have access to no food. We walked all the way there only to find out they do not give food as my caseworker did this to me because I was a single mom with no resources and she knew it would hurt me and trigger me. I had two ptsd moments that day in the middle of the streets looking for food to feed my kids. They did all of this to dehumanize me for months. They got away with harming me. When I stand up for myself or my kids they use acs and make false reports to keep control over our family. This also happened in the Midway Living shelter. I have copies of them lying on our family to keep acs in our lives harassing us. We have absolutely no privacy since coming to New York living in their shelters.  Since coming to new york april 6 2024 the defendants a crime ring organization preyed on me orchestrated attacks on me by wrongfully using government agencies to harass me and my children they deprived me access to immigration services all to intentionally harmed me and my sin aiden auguste who was born on 01/23/2018 in canada. They harmed me and

aiden by intentionally delaying and denying our access to immigration to help regulate our status because we have little to no resources. They do things like this intentionally. I met with dominique davila from NYLAG in 06/2024 ever since she refuses to help me or aiden fill out any applications to help. For months we begged her and she would flat out refuse to help us fill out a simple application. When I filled out my immigration applications on my own due to my mental health I don't think I was filing them correctly. They sent them back to me. So I ask her for help and she refuses too. I do believe if I was a different person or skin color she would. I did not hear back from her until the end of November and my son and I's current status expired 02/01/2025. We feel it was all done to deprive us of any help and because of no income or access to resources we have no one to help us. We believe all these are connected, all done in a major crime ring to harm me. Because I am an outspoken woman and survivor of repeated abuses throughout my life I do believe it's all in connection with me testifying in a court proceeding and not wanting to communicate with the person and so as punishment they have very powerful friends and they are doing things to intentionally harm me and children. I believe some of Roc nation clients are also why i face abuses for sharing things about them on my instagram. I also believe because i share stories about Roc nation they target me and my children with acs. We want the federal court to make changes so that government agencies cant be weaponized. It scares my children they also had to endure these abuses. They were wrongfully removed on 06/27/2024 placed at nicholas scoppetta children's center where they were locked up like animals, unable to be with each other, made to sleep away from each other and abused. This was very traumatizing to us and it was intentionally done to us.  In 07/2024 my son kerome brown jr was hospitalized while in the care of acs. He was hospitalized at Bellevue hospital. Acs failed to protect my son while in their care and subjected him to daily abuses. They wrongfully removed my children with false reports done by dwayne messam and his staff. They subjected me to months of abuse and caused legal harm to us with acs. Not only to me but fully traumatized all three of my children. All intentionally done to keep further harming me. As a woman and mother with no resources and little to no income I am filing this lawsuit on my own seeking justice for myself. What i endure is truly traumatizing and i am asking the court to allow us to move out of new york they have done so much to keep us from leaving new york they installed fear, they weaponized acs they did everything humanly possible to break me as a woman and mother who fled abuses from canada is why we are homeless i honestly believe my abuses here and the ones i faced in canada are all related. I strongly believe there is a major crime ring doing intentional harm to me and my kids we dont feel safe in their shelter systems because even when they transfer us the abuses still continue at new shelter they have a lot of people on their payrolls and it scares us we do not want to keep living here in new york they damaged me and my children to the point of no return we asking the court to hold these people accountable they preyed on me because its only me and my babies on our own and no one hears our voices. Since these people have access to millionsits their words against ours and we feel we dont matter in New york we faced so much abuse even when we stood up and asked for case reviews they also control that. We had to endure repeated violations of our constitutional rights under discrimination based on my skin color and being a single mom on welfare in New York I was discriminated against for being a black woman by ACS commissioner Jess dannhauser. He allowed my acs case to continue despite faults and no legal grounds. He knew his caseworker trudy Ann Blackburn, made false testimony and reports

and still allowed our case to not be dismissed. I emailed them videos showing us at the hospital still continuing to harass and threaten and harm our family. Forcing us to do things against our wills invading our privacy. Acs workers like trudy ann were allowed to not follow the law while we had to follow the law. Multiple times in July 2024 Trudy ann would not show up to schedule visits with my children all done to harm me. This was all orchestrated by a bigger crime ring. To hurt me as a woman they attack my children they weaponized acs to harm me even in Canada they do the same. I am asking New York to not allow further weaponization of their cities' agencies. I am bringing light to what is going on in the city agencies to the most vulnerable population. The mayor Eric Adams is involved and has a direct connection to Roc nation. He gives them access to my HRA applications and they delay and deny intentionally for 5 months since 05/2024-10/2024 my application process. The mayor is also in charge of jess dannhauser who is in charge of acs. We believe the mayor weaponized acs to harass and threaten and control me and my kids for speaking out against him and those in power harming the vulnerable. We do not feel safe living in New York City because of our experience here. We are fighting to leave. We have no resources and they control all aspects of our income. We believe these actions go far beyond a normal crime. We believe everything I personally endured since coming to New York in April is a part of an organized crime ring. We believe shawn corey carter and eric leroy adams are the ring leaders who weaponized government agencies against regular vulnerable residents of new york city. The lower east side family union was added to our acs case without our consent. This is another step added to harass us daily by acs to make our lives a living hell. There are days where we would have 5-6 visits while living in the shelter system. Staff would do visits then acs then preventative all to intentionally make my stay in the shelter system hell. I asked them and complained that it was too much visits for me on a regular basis still nothing was done i asked the judge and she also agreed it was too much visits however despite addressing with the judge and being part of my agreement i asked the judge in court i was in the process of closing my preventive services part they have not followed through to honor what i asked the judge. The judge was okay with closing my preventive they however, they are continuing to violate my rights. It's to keep the harassment going on to me and my children. We want the founding fathers to know agencies are being used in NYC to harm the most vulnerable population. After all I have endured in New York since April, I am asking for my constitutional rights to be restored and for me and my children to relocate outside New York. They ruined New York for us as a whole. We never thought this sheer amount of abuse goes on here. The mayor is not a nice person; he allowed celebrities to misused government agencies to harm those unable to stand up for themselves. As a mom of three boys I have endured so much abuse throughout my life I never thought I would have to endure these abuses just to get housing for my children. Midway living is a shelter we are currently in at first we thought it was better than WIN shelter however we quickly found out they were also involved in the crime ring however its hard to prove the abuses as they are done more mentally but it goes on here they mentally abuse me and my kids here we feel helpless they delay our paperwork to move us out of the shelter system they want to prolong us moving out to keep their abuses going longer to keep control over our family longer in october i started working with a counselor name mariama diallo i thought she was nice until she started saying and doing mean things to me in a nice way. The department of homeless services and their staff failed to protect me and failed to help us secure permanent housing intentionally. Those like mariama who is incharge of necessary paperwork

to move us out never process these paperwork intentionally. All to harm me and keep us in their shelter system longer being abused. They do Things to belittle me and dehumanize me. When I tell them I do not feel comfortable working with them they lie on acs reports they use acs in the shelter system as a weapon. They use immigration as fear to control me and scare me and my children. When I tell them I want to leave they do more things to harm me. I deeply regret coming to new york we never thought this would happen to keep shelter over our heads we do not feel safe no where in new york and are fighting to leave we however want the court to know these abuses are happening here to me and my kids and possibly others new york should not be like this and government agencies shouldnt be weaponized against its residents to benefit the wealthy. I am a real survivor of abuse and I am standing up for myself against all odds and all done to me and my kids since coming to new york by this crime ring. For months since april 2024 the defendant some public authority violated my constitutional rights, not following judges orders, abusing power, discriminated against me and treated me differently than others in the shelter system. The defendant actually violated my rights repeatedly, deprived me of my constitutional rights by some act of public authority. I believe they are an organized crime ring targeting me and my children. Using the mayor's position and powers to harm me. Including wrongful delays and denials of public benefits. Weaponizing acs to control and harass our family. Keeping us from leaving the state of new york(it is our wish to leave immediately) they violate the federal anti-organized crime section 962, 42 usc 1983: civil action for deprivation of rights, abuse of process- improper use of legal procedure for unintended,malicious, or perverse reason. Violation to the family violence prevention and services act (FVPSA) and (VAWA) violation of fourth and fourteenth amendment. Violation of right to equal protection,right to privacy, violation of due process. There have been times in our case i personally felt pressured to agree that fear was used to control us and harm us legally. I believe this acs case brought against me must be thrown out completely i also believe they used this acs case to further harm me in my immigration process we also do not have anyone helping us and standing up for us we feel very alone in new york in this shelter facing repeated abuses we feel we are stuck in their grasp of abuses they do things to keep us here and not closer to permanent housing we are asking the courts to free us from their abuses please restore our constitutional rights and our right to move out of state immediately they use acs to keep us here against our wills.  We also will be submitting video evidence