UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHERRYL AUGUSTE,

                    Plaintiff,

        -against-

THE CITY OF NEW YORK MAYOR ERIC
LEROY ADAMS, et al.,

                Defendants.

25-CV-0410 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated June 3, 2025, the Court granted Plaintiff's request to withdraw this action, and the complaint was voluntarily dismissed under Fed. R. Civ. P. 41(a). Over two months later, Plaintiff filed a "motion to remove defendant's name" (ECF 9) and an amended complaint. The Court denies the motion as unnecessary. Following the voluntary dismissal of this action, Plaintiff filed a new civil action, asserting the same claims she raised in this action. *See Auguste v. Women In Need, Inc.*, No. 25-CV-7031 (KPF) (S.D.N.Y.). This new action is pending. Accordingly, the Court denies Plaintiff's motion at ECF 9 and directs the Clerk of Court to terminate the motion.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    January 28, 2026
          New York, New York

                         /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                  Chief United States District Judge